JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GREGORIO ORTIZ, JR., | ) No. CV 14-02083-PSG (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| LYDIA ROMERO, | ) |
| Respondents. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: March 27, 2014    _____
                         PHILIP S. GUTIERREZ
                         UNITED STATES DISTRICT JUDGE